ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Najmaa Alshimal Company | ) ASBCA No. 63018-PET |
| | ) |
| Under Contract No. H92277-18-P-0004 | ) |

APPEARANCE FOR THE PETITIONER:    Mr. Kadhum Husein
    Manager

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
  Larry Anderson, Esq.
    Trial Attorney

## DISMISSAL ORDER

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its June 14, 2021 claim. The contracting officer issued a decision on September 13, 2021.

Accordingly, the Board dismisses this petition as moot.

Dated: September 23, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 63018-PET, Petition of Najmaa Alshimal Company, rendered in conformance with the Board's Charter.

Dated:  September 27, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals